UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL L. HALL,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER G. CLEAVER, et al.,<br><br>    Defendants. | Case No.: 11-cv-06284-YGR (PR)<br><br>**ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE** |

The Court having determined that exceptional circumstances exist warranting the appointment of counsel for Plaintiff in this matter, and volunteer counsel willing to be appointed to represent Plaintiff having been located by the Court,

**IT IS HEREBY ORDERED** that Diana Rutowski, Sonia Valdez, and Bryce Baker from Orrick, Herrington & Sutcliffe are **APPOINTED** as counsel for Plaintiff in this matter pursuant to 28 U.S.C. section 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The Clerk of the Court shall electronically send a copy of this Order to Manjari Chawla, Supervising Attorney of the Federal Pro Bono Project of the Volunteer Legal Service Program of the San Francisco Bar Association. The Clerk of the Court shall also send a copy of this Order to Plaintiff, and to Defendants' counsel.

**IT IS FURTHER ORDERED** that a Case Management Conference will be held on Monday, October 21, 2013 at 2:00 p.m. in Courtroom 5. No later than October 14, 2013, the parties must file a Joint Case Management Conference Statement.

**IT IS SO ORDERED.**

Dated: August 28, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**