UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL L. HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER G. CLEAVER, et al.,<br><br>    Defendants. | Case No.: 11-cv-06284-YGR (PR)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

A Case Management Conference is scheduled for Monday, October 21, 2013 at 2:00 p.m. in Courtroom 5. On October 18, 2013, Plaintiff's counsel filed a motion to withdraw as counsel. (Dkt. No. 23.) On the same date, Meredith Jones-McKeown and Scott Vignos of Sheppard Mullin Richter & Hampton LLP filed an administrative motion to be appointed counsel for Plaintiff. (Dkt. No. 24.)

In light of these pending motions, the Case Management Conference in this matter is **CONTINUED** to December 9, 2013 at 2:00 p.m. An updated Joint Case Management Conference Statement shall be filed no later than seven (7) days prior to the conference.

**IT IS SO ORDERED.**

Dated: October 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**