UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL HALL,<br>      Plaintiff(s),<br><br>vs.<br><br>OFFICER CLEAVER and<br>OFFICER KODRES,<br>      Defendant(s). | Case Number: 11-cv-06284-YGR (PR)<br><br>ORDER APPOINTING COUNSEL |

    Because Plaintiff Nathaniel Hall has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Mark Rosman, Dominique Alepin, and Naira Der Kiureghian are hereby appointed as counsel for Plaintiff Nathaniel Hall in this matter.

    The scope of this referral shall be for:

    ☒ all purposes for the duration of the case

    ☐ the limited purpose of representing the litigant in the course of

        ☐ mediation

        ☐ early neutral evaluation

        ☐ settlement conference

        ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
_____

        ☐ discovery as follows:
_____
_____

        ☐ other:
_____
_____

    All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated: January 15, 2014

                                        UNITED STATES DISTRICT COURT JUDGE