**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NATHANIEL HALL,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**OFFICERS CLEAVER AND KODRES,**<br><br>    **Defendants.** | **Case No.:  11-CV-6284  YGR**<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR AT MARCH 3, 2014 CASE MANAGEMENT CONFERENCE** |

On March 3, 2014, a case management conference was held in the above-captioned case. (*See* Dkt. No. 36.)  Counsel Dominique Alepin and Naira Der Kiureghian appeared on behalf of Plaintiff. Counsel for Defendants, Richard D. North, failed to appear.

Counsel for Defendants is hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned $200.00 for failure to appear at the case management conference.  A hearing on this Order to Show Cause will be held on **Friday, March 21, 2014** on the Court's **9:01a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Plaintiff's counsel need not appear for this hearing.

By no later than **Monday, March 14, 2014**, counsel for Defendants must file a written response to this Order to Show Cause (1) why they failed to appear at the March 3, 2014 case management conference, and (2) why they should not be sanctioned for their failure to appear.

If the Court is satisfied with counsel's response, counsel or Defendants need not appear and the hearing will be taken off calendar. Otherwise, counsel for Defendants must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted.

**IT IS SO ORDERED.**

Date: March 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**