1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**NATHANIEL HALL,**

       **Plaintiff,**

    vs.

**OFFICERS CLEAVER AND KODRES,**

       **Defendants.**

**Case No.:  11-CV-6284  YGR**

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND ISSUING WARNING**

On March 3, 2014, a case management conference was held in the above-captioned case. (*See* Dkt. No. 36.)  Counsel Dominique Alepin and Naira Der Kiureghian appeared on behalf of Plaintiff.  Counsel for Defendants, Richard D. North, failed to appear.  The following day, the Court issued an Order to Show Cause requiring Defendant's counsel to explain his failure to appear for the case management conference.  (Dkt No. 39.)  In response thereto, on March 7, 2014, Defendant's counsel Robert D. North timely provided a declaration in which he explained his failure to appear.  (Dkt. No. 41.)

The Court observes that in Mr. North's declaration, he fails to explain how he could have drafted the Case Management Statement jointly with opposing counsel (Dkt. No. 37) and not recognize that the case management conference had not been properly calendared.  Indeed, this is not the first time that Mr. North and the city office have failed to properly calendar a deadline with the result of unnecessarily burdening the Court and opposing counsel, and delaying resolution of this matter.  (*See* Dkt. 14.)  Thus, while the Court will, and does hereby **DISCHARGE** its Order to Show Cause of March 4, 2014 (Dkt. No. 39),  Defendant's counsel should consider himself warned

that continued failures by Mr. North and the city office will not be readily tolerated and will likely result in the imposition of appropriate sanctions.

Mr. North shall forward a copy of this order to Richard Doyle, City Attorney, personally, and file proof of the same by Monday, March 24, 2014.

**IT IS SO ORDERED**.

Date:  March 20, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California