UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| NATHANIEL HALL,<br><br>        Plaintiff,<br><br>    v.<br><br>CLEAVER, Officer, et al.,<br><br>        Defendants.<br>_____/ | No. 4:11- CV-06284 YGR  (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Nathaniel Hill, inmate no. AM1760, presently in custody at Solano State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated:  May 5, 2014

                                                    NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:     Warden, Solano State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of  NATHANIEL HALL in your custody in the hereinabove-mentioned institution, before the United States District Court at 11:00 am. on June 17, 2014, at Solano State Prison, in order that said prisoner may then and there participate in the

SETTLEMENT CONFERENCE in the matter of Hall v. Cleaver, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

    Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: May 5, 2014

                                      RICHARD WIEKING
                                      CLERK, UNITED STATES DISTRICT COURT

                                      By:  Linn Van Meter
                                           Administrative Law Clerk

Dated: May 5, 2014



_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| NATHANIEL HALL, | No. 4:11- CV-06284 YGR  (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CLEAVER, Officer, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 5, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
CSP-Solano
P.O. Box 4000
Vacaville, CA  95696-4000

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3