1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL HALL,

          Plaintiff,

    v.

CLEAVER, et al.,

          Defendants.

Case No.  11-cv-06284-YGR   (NJV)

**REPORT OF PRO SE PRISONER
EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on June 17, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

(X )  Plaintiff, Nathaniel Hall and Counsel Dominique Alepin and Jennifer Lorch

( )  Warden or warden's representative

( )  Office of the California Attorney General

(X )  Other:  Defense Counsel Christian B Nielsen and Richard North of the City Attorney's Office

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3)  The outcome of the proceeding was:

( )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

( )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

attached remain for this Court to resolve.

( X )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: June 25, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California