UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL HALL,<br><br>    Plaintiff,<br><br>    vs.<br><br>OFFICERS CLEAVER AND KODRES,<br><br>    Defendants. | Case No.:  11-CV-6284  YGR<br><br>ORDER DENYING DISCOVERY LETTER BRIEF |

On July 16, 2014, Plaintiff filed a Discovery Letter Brief (Dkt. No. 51). On July 17, 2014, Plaintiff filed a supplement to his original letter brief, in which he explained that Defendants had agreed to correct the deficiencies identified in the original letter brief by July 28, 2014. Accordingly, the Court **DENIES** without prejudice the request in Plaintiff's original letter brief.

However, if Defendants fail to correct the deficiencies in their discovery responses, then after compliance with the procedures set forth in the Court's standing order and this District's local rules, including a meet and confer in person, Plaintiff may resubmit an updated discovery letter brief.

**IT IS SO ORDERED.**

Date: July 22, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**