**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NATHANIEL HALL,**<br>　　　　**Plaintiff,**<br>　　vs.<br>**OFFICER CLEAVER,** *et al.*,<br>　　　　**Defendants.** | **Case No.: 11-CV-6284 YGR**<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

Currently set for Monday, September 22, 2014, is a case management conference in this case. "Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d) (emphasis added).

As of the date of this Order, the parties have failed to file the required statement. The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for this error.

A hearing on this Order to Show Cause will be held on **Friday, October 3, 2014** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **September 26, 2014**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be

sanctioned for their failure to timely file a joint case management statement. If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for September 22, 2014 is **CONTINUED** to **October 6, 2014**.

**IT IS SO ORDERED.**
September 17, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**