**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NATHANIEL HALL,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**OFFICERS CLEAVER,** *et al.*,<br><br>    **Defendant(s),** | Case No.:   11-CV-6284 YGR<br><br>**ORDER REGARDING OCTOBER 6, 2014 CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court has reviewed the parties' updated Case Management Conference Statement and is satisfied that the above case is proceeding as scheduled toward trial later this year. Because the case does not appear to require a conference, the Court will entertain a joint request from the parties to vacate the conference on October 6. If a joint request is not received, the Court will expect that the parties will raise any outstanding issues on that day.

**IT IS SO ORDERED**.

Date: **October 1, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**