UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHANIEL HALL**, <br>            Plaintiff, <br>   v. <br> **CLEAVER, ET AL.**, <br>            Defendants. | Case No. 11-cv-06284-YGR <br><br> **ORDER VACATING WRIT** |

The Court has been advised that the above-captioned case has settled. Accordingly, the Writ of Habeas Corpus ad Testificandum issued as to Nathaniel Hall (Dkt. No. 75) is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 5, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**