Lee Rubin (SBN 141331)
lrubin@mayerbrown.com
Dominique-Chantale Alepin (SBN 241648)
dalepin@mayerbrown.com
Jennifer T. Lorch (SBN 267647)
jlorch@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Plaintiff Nathaniel Hall

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
2/3/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL HALL<br><br>             Plaintiff,<br><br>      v.<br><br>OFFICER CLEAVER AND OFFICER KODRES<br><br>             Defendants. | Case No. C-11-06284-YGR (PR)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties hereby stipulate that:

WHEREAS, Plaintiff Nathaniel Hall ("Plaintiff") brought Northern District of California Case No. C-11-06284 YGR (the "Action") against Officers Gregg Cleaver and Michael Kodres (together "Defendants");

WHEREAS Plaintiff and Defendants have entered into a Settlement Agreement and Release settling the Action in its entirety; and

WHEREAS, Plaintiff has resolved all claims for relief against Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties as follows:

1.     Plaintiff herby dismisses WITH PREJUDICE all claims that were alleged against Defendants.

2.     Each party shall bear its own costs, including attorneys' fees.

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3 | DATED: January 30, 2015        /S/ DOMINIQUE-CHANTALE ALEPIN
                                   Attorneys for Plaintiff
                                   DOMINIQUE-CHANTALE ALEPIN

6 | DATED: January 30, 2015        /S/ RICHARD NORTH
                                   Attorneys for Defendants
                                   RICHARD NORTH

*Filer's Attestation:  Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

**IT IS SO ORDERED**

*Judge Yvonne Gonzalez Rogers*

2/3/2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA